#128943  #704950

UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE: * CASE # 05-39085 W
CHAPTER 13
*
Lutts, Diane S.

Debtor *

### TRANSMITTAL OF UNCLAIMED FUNDS

John P. Gustafson, Trustee of this estate, reports the following:

1. The Trustee voided <u>returned</u> disbursement check from the USPS due to incomplete address. June 30, 2009 contacted creditor and request transfer of claim to be filed at the courthouse. No response.

2. The balance of funds for the creditor in the amount of **$42.91** are sufficient to pay the claim on the percentages the creditor would have received under the plan if the creditor had kept a current address on file with the clerk's office. This case is scheduled to close as "completed".

| Check # | Payee | Amount | Date Issued |
|---|---|---|---|
| 565108 | X-Ray Associates<br>3036 W. Sylvania Ave<br>Toledo, OH 43613 | 16.05 | 5/29/09 |
| -- | Balance of claim | 26.86 | --- |

3. Your trustee's check # 704950 in the amount of $42.91 payable to the clerk of the United States Bankruptcy Court is attached to this report.

Date: 9/24/10

John P. Gustafson
Trustee in Bankruptcy